**Order entered May 7, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00369-CV

### SATFRAZ TAJ AND ZUBEDA TAJ, Appellants

### V.

### HIGHLANDER COMMUNITY SERVICES AND INVESTMENT, LLC, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02669-2018**

## ORDER

Before the Court is appellants' May 3, 2019 motion for extension of time to file their opening brief. Because appellee has filed a motion to dismiss for want of jurisdiction and the motion remains pending, we **GRANT** appellants' motion to the extent we **SUSPEND** the briefing deadline. We will reset the briefing deadline if we determine we have our jurisdiction over the appeal.

/s/     BILL WHITEHILL
        JUSTICE